UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | ROHL, MICHAEL | § | Case No. 09-02744 |
| | TOTINO-ROHL, LAURIE | § | |
| | | § | |
| Debtor(s) | | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>GLENN R. HEYMAN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 06/30/2010 in Courtroom 744, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/27/2010           By:   /s/Glenn R. Heyman
                                        Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

UST Form 101-7-NFR (9/1/2009)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ROHL, MICHAEL § Case No. 09-02744
TOTINO-ROHL, LAURIE §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 3,647.10 |
| *and approved disbursements of* | $ 2.28 |
| *leaving a balance on hand of* [1] | $ 3,644.82 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | GLENN R. HEYMAN | $ 911.78 | $ 33.48 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | Popowcer Katten, Ltd. | $ 500.00 | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

*Attorney for debtor* _____ $_____ $_____
*Attorney for* _____ $_____ $_____
*Accountant for* _____ $_____ $_____
*Appraiser for* _____ $_____ $_____
*Other* _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number    Claimant                            Allowed Amt. of Claim    Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 48,496.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.5 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | DISCOVER BANK | $ 8,677.20 | $ 393.56 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR TARGET | $ 2,986.47 | $ 135.46 |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR TARGET | $ 14,564.76 | $ 660.58 |
| 4 | PYOD LLC its successors and assigns as assignee of Citibank | $ 352.55 | $ 15.99 |
| 5 | Chase Bank USA, N.A. | $ 163.68 | $ 7.42 |
| 6 | Recovery Management Systems Corp. For GE Money Bank | $ 2,441.80 | $ 110.75 |
| 7 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 19,309.98 | $ 875.80 |

**UST Form 101-7-NFR (9/1/2009)**

 Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent.

 Tardily filed general (unsecured) claims are as follows:

*Claim Number Claimant       Allowed Amt. of Claim Proposed Payment*
        N/A

 Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

 Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number Claimant       Allowed Amt. of Claim Proposed Payment*
        N/A

 The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By:  /s/GLENN R. HEYMAN
Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL  60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: pseamann              Page 1 of 2                   Date Rcvd: May 28, 2010
Case: 09-02744                Form ID: pdf006             Total Noticed: 31

The following entities were noticed by first class mail on May 30, 2010.
db           +Michael Rohl,    2720 S. Highland,    Berwyn, IL 60402-2718
jdb          +Laurie Totino-Rohl,    2720 S. Highland,    Berwyn, IL 60402-2718
aty          +Glenn R Heyman,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
               Chicago, IL 60603-4101
aty          +John A. Staas,    Law Offices of August Staas,    77 West Washington Street,    #409,
               Chicago, IL 60602-3322
tr           +Glenn R Heyman, ESQ,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
               Chicago, IL 60603-4101
13469650     +Athletic & Therapeutic Inst,    PO Box 95109,    Palatine, IL 60095-0109
13469651      Bank of America,    4060 Ogletown Stan,    Newark, DE 19713
14413273     +Chase Bank USA, N.A.,    C/O Creditors Bankruptcy Service,    P.O. Box 740933,
               Dallas, TX 75374-0933
13469653     +FIA Card Services,    One Paces West, Suite 1400,    2727 Paces Ferry Road,
               Atlanta, GA 30339-4053
13469657    ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: HSBC Bank,     PO Box 98706,    Las Vegas, NV 89193-8706)
13469655      Harris T & S,    PO Box 755,    Chicago, IL 60690-0755
13469656      Home Depot,    PO Box 6497,    Sioux Falls, SD 57117-6497
13469658     +Kas Properties Inc.,    PO Box 5241,    Woodridge, IL 60517-0241
13469660     +Lisa Oldham M.D. LLC,    1300 W Belmont Ave,    Suite 10,    Chicago, IL 60657-3200
13469661     +MB Financial,    6111 River Road,    Loan Processing,    Des Plaines, IL 60018-5158
13469662      Oyster Bay Beach Resort,    Pearl Development, N.V.,    P.O. Box 29352,    Phoenix, AZ 85038-9352
14351888     +PYOD LLC its successors and assigns,    c/o Resurgent Capital Services,    Po Box 19008,
               Greenville, SC 29602-9008
13469663     +Pentagroup Financial LLC,    5959 Corporate DRI,    Suite 1400,    Houston, TX 77036-2311
13469664      Sallie Mae,    PO Box 9500,    Wilkes Barre, PA 18773-9500
13469665     +Sharon Pfister,    6933 Sundrop Avenue,    Woodridge, IL 60517-2004
13469666     +Silver Leaf’s Apple Mountain Respor,    200 Appleseed Court,    Unit 13,
               Clarkesville, GA 30523-4467
13469667     +Silver Leaf’s Holiday Resort,    2380 E. Highway 76,    Unit 156,    Branson, MO 65616-8304
13469668      TNB-Visa,    PO Box 673,    Minneapolis, MN 55440-0673
13469670     +Washington Mutual,    7757 Bayberry Road,    Jacksonville, FL 32256-6816
The following entities were noticed by electronic transmission on May 28, 2010.
14266347      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 29 2010 00:18:13
               AMERICAN INFOSOURCE LP AS AGENT FOR,    TARGET,    PO Box 248838,    Oklahoma City, OK   73124-8838
14252686      E-mail/PDF: mrdiscen@discoverfinancial.com May 29 2010 00:18:32      DISCOVER BANK,
               DFS Services LLC,    PO Box 3025,    New Albany, Ohio   43054-3025
13469652      E-mail/PDF: mrdiscen@discoverfinancial.com May 29 2010 00:18:32      Discover Financial,
               PO Box 15316,    Wilmington, DE 19850-5316
14625221      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 29 2010 00:18:13
               FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
               Oklahoma City, OK   73124-8809
13469654     +E-mail/PDF: gecsedi@recoverycorp.com May 29 2010 00:24:35      GEMB/Walmart,    PO Box 981400,
               El Paso, TX 79998-1400
13469659     +E-mail/PDF: cr-bankruptcy@kohls.com May 29 2010 00:26:13      Kohls/Chase,    N56W17000 Ridgewoo,
               Menomonee Falls, WI 53051-7096
14621554     +E-mail/PDF: rmscedi@recoverycorp.com May 29 2010 00:24:35
               Recovery Management Systems Corporation,    For GE Money Bank,    dba WALMART,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13469669*     TNB-Visa,    PO Box 673,    Minneapolis, MN 55440-0673
                                                                                              TOTALS: 0, * 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: pseamann              Page 2 of 2              Date Rcvd: May 28, 2010
Case: 09-02744                Form ID: pdf006             Total Noticed: 31

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 30, 2010                    Signature:**     /s/ Joseph Speetjens